WILLIAM M. ZIMMERMAN CSBN 126531
LORI S. DECRISTO CSBN 136756
PISEGNA & ZIMMERMAN, LLC
5170 N. Sepulveda Boulevard Suite 230
Sherman Oaks, California 91403
Telephone (818) 377-2200
Facsimile: (818) 377-2211
E-Mail: wz@pisegna-zimmerman.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EDDIE CAUDILLO, JR<br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | CASE NO. 18-10095 SS<br><br>[~~PROPOSED~~] ORDER THEREON |
|---|---|

Pursuant to the Stipulation of the Parties, it is hereby ordered that attorney William M. Zimmerman, be awarded the sum of $4,500.00 for fees and $400.00 in costs.

Dated: 10/31/19

_____
SUZANNE H. SEGAL,
UNITED STATES MAGISTRATE JUDGE

-1-